**[J-4AB-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 65 MAP 2021 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court dated December 2, |
| | : | 2020 at No. 48 MDM 2020 denying |
| v. | : | the Petition for Permission to Appeal |
| | : | from the Order of the Cumberland |
| | : | County Court of Common Pleas, |
| CLAYTON STEVE WILSON, | : | Criminal Division, dated September |
| | : | 23, 2020 at No. CP-21-CR- |
| Appellant | : | 0003002-2019. |
| | : | |
| | : | ARGUED: March 8, 2022 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 66 MAP 2021 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court dated December 2, |
| | : | 2020 at 49 MDM 2020 denying the |
| v. | : | Petition for Permission to Appeal |
| | : | from the Order of the Cumberland |
| | : | County Court of Common Pleas, |
| CLAYTON STEVE WILSON, | : | Criminal Division, dated September |
| | : | 23, 2020 at No. CP 21-CR- |
| Appellant | : | 0003196-2019. |
| | : | |
| | : | ARGUED: March 8, 2022 |

<u>**ORDER**</u>

**PER CURIAM**                                   **DECIDED: April 28, 2022**

    **AND NOW,** this 28th day of April, 2022, the appeals are **DISMISSED** as having been improvidently granted.